

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 2-09-073-CV

IN RE JOSEPH A. BONOLA, D.D.S.,                                    RELATORS
JOSEPH A. BONOLA, D.D.S., P.C., NCD, P.A.
AND OPUS INDUSTRIES, INC.

------------

## ORIGINAL PROCEEDING

------------

## MEMORANDUM OPINION[1]

------------

The court has considered relators' petition for writ of mandamus and is of the opinion that relief should be denied.  Accordingly, relators' petition for writ of mandamus is denied.

Relators shall pay all costs of this original proceeding, for which let execution issue.

PER CURIAM

PANEL:  MEIER, J.; CAYCE, C.J.; and MCCOY, J.

DELIVERED:  March 16, 2009

------------

[1] *See* Tex. R. App. P. 47.4.